■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES S. ROGOVITZ, JR., Appellant. — Judgment of the County Court, Suffolk County (Seidell, J.), rendered May 11, 1979, affirmed. No opinion. This case is remitted

to the County Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Mangano, J. P., Thompson, Brown and Niehoff, JJ., concur.